Joseph B. Austin, Respondent, v. Lloyd C. Paddock, Appellant.—Judgment and order unanimously affirmed, with costs.

George H. Butler, Respondent, v. Patrick McGovern and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs.

Stanley Bliss, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Caroline V. Cramer and John W. Gurnett, Respondents, v. Grand Rapids Show Case Company, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event on the ground that the damages are excessive, unless the plaintiffs will stipulate to reduce the damages to $1,500, in which case the judgment is so modified, and as modified judgment and order affirmed, without costs. All concurred, except Howard and Woodward, JJ., who voted for reversal.

William E. Dougherty, Respondent, v. The Norwich Gas and Electric Company, Appellant.—Judgment and order unanimously affirmed, with costs.

John F. Duffy, as Administrator, etc., Appellant, v. The Northern Central Railway Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Theresa Emspak, as Administratrix, etc., of Frank Emspak, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. Henry A. Soule and Others, Appellants.— Judgment and orders unanimously affirmed, with costs.

Holland Foster, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Cora D. Gale, as Administratrix, etc., of Harry A. Gale, Deceased, Appellant, v. The Cortland County Traction Company and New York Telephone Company, Respondents.— Judgment unanimously affirmed, with costs.

Etta F. Herrington, Respondent, v. Ida Akin Davitt and Another, as Executors, etc., Appellants.— Judgment unanimously affirmed, with costs.

Annie E. Kennedy, Respondent, v. James Kennedy, Appellant.— Order modified by reducing the alimony to six dollars per week, and as modified affirmed, without costs. All concurred.

Marquis L. Keyes, Respondent, v. Edmund K. Stallo, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs in this court and at Special Term. All concurred.

Albert Kranz, Respondent, v. Annesley & Company, Appellant.— Judgment and order unanimously affirmed with costs.

Susan Keefe, as Administratrix, etc., of William Keefe, Deceased, Respondent, v. Boston and Albany Railroad Company, Appellant.— Settled.